■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DOUGLAS RIZZO, Appellant. [684 NYS2d 915] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Wade, J.), rendered November 6, 1995, convicting him of assault in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the evidence was legally insufficient to establish that he stabbed the complainant with a knife is unpreserved for appellate review (*see,* CPL 470.05 [2]; *People v Udzinski*, 146 AD2d 245; *People v Mora*, 207 AD2d 914). In any event, viewing the evidence in the light most favorable to the People (*see, People v Contes*, 60 NY2d 620; *People v Allaway*, 246 AD2d 661), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]). The detailed testimony of the victim and his roommate, a witness to the crime, was sufficient to sustain the judgment of conviction. Santucci, J. P., Joy, Friedmann and Goldstein, JJ., concur.